IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

_____

SANDRA OBERMEIER,

                     Plaintiff,         Case No. 8:12-CV-171-JFB-TDT

  -against-

                                     **ORDER OF DISMISSAL**

STANDARD INSURANCE COMPANY,

                     Defendant.

_____

    PURSUANT TO the joint stipulation of voluntary dismissal filed under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure on August 3, 2012 by Plaintiff and Defendant,

    IT IS HEREBY ORDERED that the Complaint in the above-entitled matter is dismissed, with prejudice, with each party to bear its own costs.

    DATED:  August 7, 2012              BY THE COURT:

                                                      *s/ Joseph F. Bataillon*
                                                      U.S. DISTRICT COURT JUDGE